Kolin C. Tang (SBN 279834)
**SHEPHERD, FINKELMAN,**
**MILLER & SHAH, LLP**
1401 Dove Street, Suite 540
Newport Beach, CA 90660
ktang@sfmslw.com
Telephone: (323) 510-4060
Facsimile: (866) 300-7367

*Counsel for Plaintiffs, on behalf of themselves and all others similarly situated*

[Additional Counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ODDO, RAJENE REARDON, ANTHONY LASALA, LINDA LAMM, KEITH KIMBALL, NORMAN KLINGE, and DAN GALLAGHER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ARCOAIRE AIR CONDITIONING AND HEATING, CARRIER CORPORATION, BRYANT HEATING AND COOLING SYSTEMS, COMFORTMAKER AIR CONDITIONING & HEATING, INTERNATIONAL COMFORT PRODUCTS LLC, and UNITED TECHNOLOGIES CORPORATION,<br><br>        Defendants. | Case Number: 8:15-cv-01985 CAS (Ex)<br><br>**JOINT REQUEST FOR CONTINUANCE OF MARCH 16, 2020 HEARING** |

| | |
|---|---|
| PAUL CORMIER and NICHOLAS SHONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION,<br><br>Defendant. | Case Number: 8:18-cv-07030-CAS (EX)<br><br>Consolidated with<br>Case No. 8:15-cv-01985<br>for Pretrial Proceedings |

For the reasons stated herein, subject to approval of the Court, the parties respectfully request continuance of the hearing currently scheduled for Monday March 16, 2020, on Plaintiffs' Renewed Motion for Class Certification and the parties' respective *Daubert* motions.

The parties do not make this request lightly. However, given recent developments related to the COVID-19 virus, the parties agreed to request a continuance of the hearing in an abundance of caution. The parties' considerations included that: all counsel for the parties reside on the east coast, and therefore attendance at the hearing requires lengthy, multi-modal travel; the CDC's recent determination that there is sustained community transmission of the virus in California; diagnosed cases in counsel's own regions; the serious health risks of the virus; lead defense counsel's spouse will be giving childbirth in the next few weeks; and evidence that limiting travel can be effective in mitigating the spread of the virus.

The parties were unable to reach agreement to request a telephonic hearing on March 16, 2020. Therefore, they request a continuance to April 27, 2020, or another date thereafter convenient for the Court.

Dated: March 11, 2020

Respectfully submitted,

/s/ K. Winn Allen
K. Winn Allen (*pro hac vice*)
Devin S. Anderson (*pro hac vice*)
**KIRKLAND AND ELLIS LLP**
1301 Pennsylvania Avenue NW
Washington, DC 20004
202-389-5087
202-389-5200 (fax)

Jonathan Jeffrey Faria (SBN 274019)
**KIRKLAND AND ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
213-680-8400
213-680-8500 (fax)

/s/ Timothy N. Mathews
Timothy N. Mathews (*Pro Hac Vice*)
Zachary P. Beatty (*Pro Hac Vice*)
**CHIMICLES SCHWARTZ KRINER
  & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: tnm@chimicles.com
zpb@chimicles.com

James C. Shah (SBN 260435)
**SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA  19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

Kolin C. Tang (SBN 279834)
**SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP**
1401 Dove Street
Suite 540
Newport Beach, CA 90660
ktang@sfmslw.com
Telephone: (323) 510-4060
Facsimile: (866) 300-7367

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 11, 2020              */s/ Timothy N. Mathews*
                                                    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on March 11, 2020, a copy of the foregoing *Joint Request for Continuance of March 16, 2020 Hearing* was served electronically through the court's electronic filing system upon all parties appearing on the court's ECF service list.

*/s/ Timothy N. Mathews*
Attorney for Plaintiffs